`IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:20-CV-36-FL

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) **DEFENDANT KYLE LITTLETON'S** ) **MOTION TO DISBURSE FUNDS** ) **HELD BY THE COURT** |
| KYLE PRESCOTT LITTLETON and KENT DEAN BORDEAUX | ) ) ) |
| *Defendants*. | ) |

Defendant Kyle Littleton ("Mr. Littleton"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7, hereby moves this Honorable Court to disburse the funds held by the Court to Mr. Littleton. In support of this Motion, Mr. Littleton shows the Court as follows:

1. State Farm Life Insurance Company filed this action on or about February 21, 2020 seeking to have this Court decide to whom the proceeds of a certain life insurance policy insuring the life of Cheryl L. Littleton (the "Policy") should be distributed.

2. The Policy at issue was issued in 2007, but was later modified to increase its value.

3. Cheryl L. Littleton was Kyle Littleton's mother.

4. In 2010, Cheryl Littleton named Kyle Littleton as the primary beneficiary of the Policy. A copy of the change of beneficiary document is attached to the Declaration of Kyle Prescott Littleton as Exhibit B (hereinafter "Littleton Decl.").

5. On August 11, 2011 Cheryl L. Littleton appointed Kyle Littleton as her agent in a Durable Power of Attorney (Exhibit B to Littleton Decl.).

6. The Durable Power of Attorney allowed Mr. Littleton to change the beneficiary of the life insurance policy to himself.

7. In 2016, Cheryl Littleton added Kent Bordeaux as an additional beneficiary (Littleton Decl. Ex. D).

8. In 2019 Cheryl Littleton was terribly ill.

9. Mr. Littleton observed interactions between Kent Bordeaux and Ms. Littleton. Mr. Littleton was very unhappy with the way Mr. Bordeaux treated his sick and dying mother ((Littleton Decl. ¶¶ 9-12).

10. After seeing those interactions Mr. Littleton changed the beneficiary of the policy to himself, which he was entitled to do under the Durable Power of Attorney (Littleton Decl. Ex. E).

11. At the time this action was filed, both Defendants contended that they were entitled to the funds.

12. After this action was filed, Defendant Kent Bordeaux filed a civil action in the Superior Court of Columbus County seeking a judgment that he was entitled to the proceeds of the policy.

13. This Court stayed this action to allow the state court action to proceed [D.E. #28].

14. On August 11, 2021 Defendant Bordeaux, through counsel, dismissed the state court action.

15. Upon information and belief, Defendant Bordeaux has abandoned his claim to the proceeds of the life insurance policy.

WHEREFORE, Kyle Littleton respectfully prays that the Court enter an order in Mr. Littleton's favor, awarding him the entirety of the remaining funds that were paid into registry of the Court by State Farm and ordering that Mr. Kent have and recover none of that sum.

Respectfully submitted this 15th day of September, 2021.

                        MEYNARDIE & NANNEY, PLLC

                        By: */s/ Joseph H. Nanney, Jr.*
                        Joseph H. Nanney, Jr. (N.C. Bar No. 18355)
                        Email: joe@mnlaw-nc.com
                        5700 Six Forks Road, Suite 201
                        Raleigh, N.C. 27609
                        Telephone: (919) 747-7374
                        Fax: (919) 891-0006
                        *Counsel for Defendant Kyle Littleton*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that as of the date below he has filed a copy of the foregoing Motion to Disburse Funds using the Court's CM/ECF system, which served a copy of the motion upon all parties via electronic mail addressed as follows:

Elizabeth A. Martineau
Martineau King PLLC
P.O. Box 241268
Charlotte, NC 28224
704-247-8520
Fax: 704-247-8582
Email: emartineau@martineauking.com
*Counsel for Plaintiff*

H. Mitchell Baker , III
Baker Law Firm, PLLC
5725-F1 Oleander Drive
Wilmington, NC 28403
910-762-3000
Fax: 910-874-8426
Email: mbaker@bakerlawfirmpllc.com
*Counsel for Defendant Kent Dean Bordeaux*

Respectfully submitted September 15, 2021.

            */s/ Joseph H. Nanney, Jr.*
            Joseph H. Nanney, Jr.