`IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:20-CV-36-FL

STATE FARM LIFE INSURANCE COMPANY,

*Plaintiff*,

v.

KYLE PRESCOTT LITTLETON and KENT DEAN BORDEAUX

*Defendants*.

**ORDER TO DISBURSE FUNDS HELD BY THE COURT**

This matter is before the court on the motion of Defendant Kyle Littleton ("Mr. Littleton") to disburse the funds held by the Court to Mr. Littleton (DE 30). The time for responding to the Motion has now expired and no party has filed an opposition to the Motion.

THEREFORE, the court deems the motion unopposed and grants the relief requested. The clerk shall forthwith disburse all funds held in this matter to the Trust Account of Meynardie & Nanney, PLLC. Upon disbursement, all issues in this action shall have been resolved and the clerk is instructed to terminate this action.

SO ORDERED this  29th  day of October, 2021.

Louise W. Flanagan
United States District Judge